Avram E. Frisch, Esq. (AF-0187)
The Law Office of Avram E. Frisch LLC
4 Forest Avenue – Second Floor
Paramus, NJ 07652
(201) 289-5352
frischa@avifrischlaw.com
*Attorneys for plaintiff*
*Joseph P. Carmichael*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. CARMICHAEL, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT CARMICHAEL, EQUITY RISING LP, CARMICHAEL COUNTRY, INC., and MERLIN SECURITIES, LLC. <br><br> Defendants. | Civil Action No. 2:13-cv-02409 (SDW)-(MCA) <br><br><br> **DEFAULT JUDGMENT** |

This action having been commenced on ___April 15, 2013___ by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants Robert Carmichael, Equity Rising LP and Carmichael Country, Inc. on May 4, 2013, by personal service on Sharon Pascal who was authorized to accept service on behalf of each of the Defendants and a proof of service having been filed on _May 21, 2013_ and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $429,505.49 with interest at 2.5% from _April 15, 2013_ amounting to $11,443.68 plus costs and disbursements of this action in the amount of $400 amounting in all to $441,349.17.

Dated: Newark, New Jersey
June 16, 2014

_____
U.S.D.J.